AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JAIME RONQUILLO-MONROY<br><br>Defendant(s) | )<br>)<br>)  Case No.<br>)       4:26-mj-<br>)<br>)<br>) |

FILED
FEB - 5 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 3, 2026__ in the county of __Toano__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Assaulting, Resisting, or Impeding Certain Officers or Employees |
| 18 USC 1361 | Depredation Against Property of the United States |

This criminal complaint is based on these facts: Please see attached Affidavit

☒ Continued on the attached sheet.

READ AND APPROVED:

_(signature)_
Devon E.A. Heath
Assistant United States Attorney

_(signature)_
Complainant's signature

Christopher J. Cruz, ICE Deporation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/05/2026

_(signature)_
Judge's signature

City and state: Norfolk, Virginia

Lawrence R. Leonard, US Magistrate Judge
Printed name and title